**\*E-FILED 2/7/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MONTOYA, et al., | No. C 08-00820 RS |
| Plaintiffs, | |
| v. | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Gerardo Montoya v. Officer Nascimiento, et al.*, No. C 00-21271, JF for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

IT IS SO ORDERED.

Dated: February 7, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Anthony Boskovich     policemisconduct@compuserve.com

Dated: February 7, 2008

                    /s/ BAK
                    Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California