1
2
3              UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                     SAN JOSE DIVISION
6
7
8   GERARDO MONTOYA,                    Case Number CV-08-820-JF
          Plaintiff,
    V.                                  Case Management Conference
9
    CITY OF SAN JOSE,                   June 6, 2008
10         Defendant.
                                        CLERK'S NOTICE
11   _____
12
13  To all Parties and Attorneys of Record:
14  A Case Management Conference has been set on June 6, 2008 at 10:30 a.m.
15  before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the
16  5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18   February 21, 2008                   For the Court
                                         Richard W. Wieking, Clerk
19
20                                       By:  /s/
                                         Diana Munz
21                                       Courtroom Deputy Clerk
22
23
24
25
26
27
28