UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

Gerardo Montoya; Larry Escobedo,

    Plaintiffs,

    V.

(Mulitple Parties, See Attached List of Defendants) City of San Jose, et al.

    Defendants.

SUMMONS IN A CIVIL CASE

E-FILING CASE NUMBER:

C08 00820 RS



TO: (Name and address of defendant)
(Multiple Parties, See Attached List of Defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Boskovich, SBN121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, CA 95113
(408) 286-5150

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE  FEB 0 5 2008

NDCAO440

```
 1  ATTACHMENT TO SUMMONS IN A CIVIL CASE                    NDCA0440
 2
 3  Gerardo Montoya; Larry Escobedo
 4          Plaintiff,
 5  v.
 6  CITY OF SAN JOSE; ROBERT DAVIS, individually and in his capacity as
 7  Chief of Police for the City of San Jose; OFFICER CRUZADO, BADGE NO.
 8  3780, a San Jose police officer; SERGEANT ASATO, BADGE NO. 3047,
 9  individually and in his capacity as a San Jose police sergeant;
10  OFFICER T. ROGERS, a San Jose police officer; DETECTIVE BARRARAH, a
11  San Jose police officer; SERGEANT FERLA, individually and in his
12  capacity as a San Jose police sergeant; SERGEANT ZOLO DOLEZAR, BADGE
13  NO. 2010, individually and in his capacity as a San Jose police
14  sergeant; SERGEANT DAVE NEWMAN, BADGE NO. 2119, individually and in
15  his capacity as a San Jose police sergeant; SEGEANT CRESCINI,
16  BADGE NO. 2326, individually and in his capacity as a San Jose police
17  sergeant; SERGEANT MARSH COOK, BADGE NO. 3050, individually and in
18  his capacity as a San Jose police sergeant; SERGEANT SOLOMON, BADGE
19  NO. 3773, individually and in his capacity as a San Jose police
20  sergeant; SERGEANT SHAWNY WILLIAMS, individually and in her capacity
21  as a San Jose police sergeant; SERGEANT GUTIERREZ, individually and
22  in his capacity as a San Jose police sergeant; SERGEANT SHIELDS,
23  individually and in his capacity as a San Jose police sergeant;
24  DETECTIVE ERIC GRIMES, BADGE NO. 2690, a San Jose police officer;
25  DETECTIVE TIM URETA, BADGE NO. 2985, a San Jose police officer;
26  (Cont'd on next page)
```

AO 72
(Rev. 8/82)

AO-72

ATTACHMENT TO SUMMONS IN A CIVIL CASE                          NDCA0440
(Cont'd)

DETECTIVE STAN MCFADDEN, BADGE NO. 3076, a San Jose police officer; DETECTIVE TOM TIPHAYACHAN, a San Jose police officer; "BOSS COMMANDER", BADGE NO. 2301, a San Jose police officer whose true name is unknown to plaintiff and who may have been a command level officer; OFFICER NASCIMIENTO, BADGE NO. 3057, a San Jose police officer; OFFICER FINO, BADGE NO. 2118, a San Jose police officer; OFFICER PATRINOS, BADGE NO. 2154, a San Jose police officer; OFFICER DUNSON, BADGE NO. 2790, a San Jose police officer; OFFICER MARTINEZ, BADGE NO. 2836, a San Jose police officer; OFFICER WEST, BADGE NO. 2943, a San Jose police officer; OFFICER MOSTO, a San Jose police officer; OFFICER LIBBY, BADGE NO. 3063, a San Jose police officer; OFFICER WOLOSZEZ, BADGE NO. 3223, a San Jose police officer; OFFICER JOUST, BADGE NO. 3237, a San Jose police officer; OFFICER KNIGHT, BADGE NO. 3461, a San Jose police officer; OFFICER TRUDO, BADGE NO. 3451, a San Jose police officer; OFFICER GERBRANDT, BADGE NO. 3533, a San Jose police officer; OFFICER MORO, BADGE NO. 3637, a San Jose police officer; OFFICER KWONG, BADGE NO. 3200, a San Jose police officer; OFFICER YOUNG, BADGE NO. 3725, a San Jose police officer; OFFICER ORUM, BADGE NO. 3745, a San Jose police officer; OFFICER HIGGINS, BADGE NO. 3887, a San Jose police officer; OFFICER CARDIN, BADGE NO. 3846, a San Jose police officer; OFFICER SANCHEZ, BADGE NO. 7929, a San Jose officer;

(Cont'd on next page)

AO 72
(Rev. 8/82)

AO-72

```
 1  ATTACHMENT TO SUMMONS IN A CIVIL CASE                    NDCA0440
 2  (Cont'd)
 3
 4  OFFICER DARIO, a San Jose police officer; UNKNOWN OFFICER, BADGE NO.
 5  2050, an Hispanic San Jose police officer with glasses whose name is
 6  unknown to plaintiff; UNKNOWN OFFICER, BADGE NO. 2462, an Hispanic
 7  San Jose police officer whose name is unknown to plaintiff; UNKNOWN
 8  OFFICER, BADGE NO. 2629, an African American San Jose police officer
 9  whose name is unknown to plaintiff; JOHN DOE and RICHARD ROE,
10  individually and in their capacities as police officers for the City
11  of San Jose, the identity and number of whom are unknown to
12  plaintiff; DOES 1 through 200,
13              Defendants.
14
15
16
17  The address of Defendant, City of San Jose is:
18  200 East Santa Clara St., San José, CA 95113
19
20  The address of all remaining defendants is:
21  San Jose Police Department, 201 W. Mission Street, San Jose, CA 95110
22
23  The address of DOES 1 through 200 is unknown at this time.
24
25
26  (END)
```

AO 72
(Rev. 8/82)

AO-72

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gerardo Montoya; Larry Escobedo,

**ADR**

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

**E-FILING**

CASE NUMBER:

(Mulitple Parties, See Attached List of Defendant) City of San Jose, et al.

**C08 00820 RS**

Defendants.

TO: (Name and address of defendant)
(Multiple Parties, See Attached List of Defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Boskovich, SBN121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, CA 95113
(408) 286-5150

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 0 5 2008

Richard W. Wieking        DATE
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NDCAO440

1 | ATTACHMENT TO SUMMONS IN A CIVIL CASE                                    NDCA0440

2

3 | Gerardo Montoya; Larry Escobedo

4 |         Plaintiff,

5 | v.

6 | CITY OF SAN JOSE; ROBERT DAVIS, individually and in his capacity as

7 | Chief of Police for the City of San Jose; OFFICER CRUZADO, BADGE NO.

8 | 3780, a San Jose police officer; SERGEANT ASATO, BADGE NO. 3047,

9 | individually and in his capacity as a San Jose police sergeant;

10 | OFFICER T. ROGERS, a San Jose police officer; DETECTIVE BARRARAH, a

11 | San Jose police officer; SERGEANT FERLA, individually and in his

12 | capacity as a San Jose police sergeant; SERGEANT ZOLO DOLEZAR, BADGE

13 | NO. 2010, individually and in his capacity as a San Jose police

14 | sergeant; SERGEANT DAVE NEWMAN, BADGE NO. 2119, individually and in

15 | his capacity as a San Jose police sergeant; SEGEANT CRESCINI,

16 | BADGE NO. 2326, individually and in his capacity as a San Jose police

17 | sergeant; SERGEANT MARSH COOK, BADGE NO. 3050, individually and in

18 | his capacity as a San Jose police sergeant; SERGEANT SOLOMON, BADGE

19 | NO. 3773, individually and in his capacity as a San Jose police

20 | sergeant; SERGEANT SHAWNY WILLIAMS, individually and in her capacity

21 | as a San Jose police sergeant; SERGEANT GUTIERREZ, individually and

22 | in his capacity as a San Jose police sergeant; SERGEANT SHIELDS,

23 | individually and in his capacity as a San Jose police sergeant;

24 | DETECTIVE ERIC GRIMES, BADGE NO. 2690, a San Jose police officer;

25 | DETECTIVE TIM URETA, BADGE NO. 2985, a San Jose police officer;

26 | (Cont'd on next page)

AO 72
(Rev. 8/82)

AO-72

```
 1  ATTACHMENT TO SUMMONS IN A CIVIL CASE                    NDCA0440
 2  (Cont'd)
 3
 4  DETECTIVE STAN MCFADDEN, BADGE NO. 3076, a San Jose police officer;
 5  DETECTIVE TOM TIPHAYACHAN, a San Jose police officer; "BOSS
 6  COMMANDER", BADGE NO. 2301, a San Jose police officer whose true name
 7  is unknown to plaintiff and who may have been a command level
 8  officer; OFFICER NASCIMIENTO, BADGE NO. 3057, a San Jose police
 9  officer; OFFICER FINO, BADGE NO. 2118, a San Jose police officer;
10  OFFICER PATRINOS, BADGE NO. 2154, a San Jose police officer; OFFICER
11  DUNSON, BADGE NO. 2790, a San Jose police officer; OFFICER MARTINEZ,
12  BADGE NO. 2836, a San Jose police officer; OFFICER WEST, BADGE NO.
13  2943, a San Jose police officer; OFFICER MOSTO, a San Jose police
14  officer; OFFICER LIBBY, BADGE NO. 3063, a San Jose police officer;
15  OFFICER WOLOSZEZ, BADGE NO. 3223, a San Jose police officer; OFFICER
16  JOUST, BADGE NO. 3237, a San Jose police officer; OFFICER KNIGHT,
17  BADGE NO. 3461, a San Jose police officer; OFFICER TRUDO, BADGE NO.
18  3451, a San Jose police officer; OFFICER GERBRANDT, BADGE NO. 3533, a
19  San Jose police officer; OFFICER MORO, BADGE NO. 3637, a San Jose
20  police officer; OFFICER KWONG, BADGE NO. 3200, a San Jose police
21  officer; OFFICER YOUNG, BADGE NO. 3725, a San Jose police officer;
22  OFFICER ORUM, BADGE NO. 3745, a San Jose police officer; OFFICER
23  HIGGINS, BADGE NO. 3887, a San Jose police officer; OFFICER CARDIN,
24  BADGE NO. 3846, a San Jose police officer; OFFICER SANCHEZ, BADGE NO.
25  7929, a San Jose officer;
26  (Cont'd on next page)
```

AO 72
(Rev. 8/82)

AO-72

```
 1  ATTACHMENT TO SUMMONS IN A CIVIL CASE                    NDCA0440
 2  (Cont'd)
 3
 4  OFFICER DARIO, a San Jose police officer; UNKNOWN OFFICER, BADGE NO.
 5  2050, an Hispanic San Jose police officer with glasses whose name is
 6  unknown to plaintiff; UNKNOWN OFFICER, BADGE NO. 2462, an Hispanic
 7  San Jose police officer whose name is unknown to plaintiff; UNKNOWN
 8  OFFICER, BADGE NO. 2629, an African American San Jose police officer
 9  whose name is unknown to plaintiff; JOHN DOE and RICHARD ROE,
10  individually and in their capacities as police officers for the City
11  of San Jose, the identity and number of whom are unknown to
12  plaintiff; DOES 1 through 200,
13            Defendants.
14
15
16
17  The address of Defendant, City of San Jose is:
18  200 East Santa Clara St., San José, CA 95113
19
20  The address of all remaining defendants is:
21  San Jose Police Department, 201 W. Mission Street, San Jose, CA 95110
22
23  The address of DOES 1 through 200 is unknown at this time.
24
25
26  (END)
```

AO 72
(Rev. 8/82)

AO-72