**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gerardo Montoya, et al | 08-820JF/RS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| City of San Jose, et al | **See Below |

FILED
2008 MAY -7 P 4:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Martinez, Badge #2836 San Jose Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Mission St, San Jose, CA 95110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Law Offices of Anthony Boskovich
28 North First Street, 6th Floor
San Jose, CA 95110

| | |
|---|---|
| Number of process to be served with this Form - 285 | 7 |
| Number of parties to be served in this case | 44 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold **1. Complaint                                                                                    Fold
2. ADR Scheduling Order
3. Order re Application to Proceed Informa Pauperis
4. Order Referring case for Related Case Determination
5. Related Case Order
6. Clerk's Notice
7. Unexecuted Summons

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 408-535-5513 | DATE 3/27/2008 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 11 | 11 | | 4/15/08 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
OFF. ENGEL / SJPD

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am / pm |
|---|---|---|
| 4/15/08 | 1:030 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:

EXECUTED

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| GERARDO MONTOYA, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.    CV 08-00820 JF |
| CITY OF SAN JOSE, ET AL. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To:    Officer Martinez, Badge #2836

*(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Law Offices of Anthony Boskovich**
**28 North First Street, 6ᵗʰ Floor**
**San Jose, CA 95113**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date:        3/27/2008

Deputy clerk's signature

EXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____4/15/08_____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        OFF. ENGEL / S.J.P.D. _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____.

Date: ___4/21/08___

                                    _____
                                          Server's signature

                               K. LEONG / DUSM
                                     Printed name and title

                             USMS  S.JOSE, CA
                                     Server's address

EXECUTED