UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO MONTOYA,<br>　　　　　Plaintiff,<br>V.<br>CITY OF SAN JOSE,<br>　　　　　Defendant. | Case Number CV-08-820-JF<br><br>Case Management Conference<br><br>June 27, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on June 6, 2008 is continued to June 27, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 20, 2008

　　　　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　By: ___/s/_____
　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk