1
2
3                     UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8   GERARDO MONTOYA,                       Case Number CV-08-820-JF
                    Plaintiff,
    V.                                     Case Management Conference
9
    CITY OF SAN JOSE,                             July 25, 2008
10                  Defendant.
                                                CLERK'S NOTICE
11   _____

12

13  To all Parties and Attorneys of Record:

14  A Case Management Conference has been set on July 25, 2008 at 10:30 a.m.

15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on

16  the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18  July 24, 2008                          For the Court
                                           Richard W. Wieking, Clerk
19

20                                         By:   /s/
                                           Diana Munz
21                                         Courtroom Deputy Clerk

22
23
24
25
26
27
28