UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 25, 2008
**Case Number:** CV-08-820-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | GERARDO MONTOYA V. CITY OF SAN JOSE, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Anthony Boskovich | Attorneys Present: Michael Groves |

PROCEEDINGS:
    Case management conference held. Parties are present. Continued to 10/24/08 at 10:30 a.m. for further case management conference.