Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

(408) 286-5150

Attorney for plaintiff GERARDO MONTOYA

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GERARDO MONTOYA,<br>                          *Plaintiff*,<br>v.<br><br>CITY OF SAN JOSE; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; OFFICER CRUZADO, BADGE NO. 3780, a San Jose police officer; SERGEANT ASATO, BADGE NO. 3047, individually and in his capacity as a San Jose police sergeant; OFFICER T. ROGERS, a San Jose police officer; DETECTIVE BARRARAH, a San Jose police officer; SERGEANT FERLA, individually and in his capacity as a San Jose police sergeant;   SERGEANT ZOLO DOLEZAR, BADGE NO. 2010, individually and in his capacity as a San Jose police sergeant; SERGEANT DAVE  NEWMAN, BADGE NO. 2119, individually and in his capacity as a San Jose police sergeant; SEGEANT CRESCINI, BADGE NO. 2326, individually and in his capacity as a San Jose police sergeant; SERGEANT MARSH COOK, BADGE NO. 3050, individually and in his capacity as a San Jose police sergeant; SERGEANT SOLOMON, BADGE NO. 3773, individually and in his capacity as a San Jose police sergeant; SERGEANT SHAWNY WILLIAMS, individually and in her capacity as a San Jose police sergeant; SERGEANT GUTIERREZ, individually and in his capacity as a San Jose | No. CV-08-820 JF<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

[Proposed] Scheduling Order                                                            Page 1

| | |
|---|---|
| 1 | police sergeant; SERGEANT SHIELDS, individually and in his capacity as a San Jose |
| 2 | police sergeant; DETECTIVE ERIC GRIMES, BADGE NO. 2690, a San Jose police officer; |
| 3 | DETECTIVE TIM URETA, BADGE NO. 2985, a San Jose police officer; DETECTIVE STAN |
| 4 | MCFADDEN, BADGE NO. 3076, a San Jose police officer; DETECTIVE TOM |
| 5 | TIPHAYACHAN, a San Jose police officer; "BOSS COMMANDER", BADGE NO. 2301, |
| 6 | a San Jose police officer whose true name is unknown to plaintiff and who may have been a |
| 7 | command level officer; OFFICER NASCIMIENTO, BADGE NO. 3057, a San Jose |
| 8 | police officer; OFFICER FINO, BADGE NO. 2118, a San Jose police officer; OFFICER |
| 9 | PATRINOS, BADGE NO. 2154, a San Jose police officer; OFFICER DUNSON, BADGE |
| 10 | NO. 2790, a San Jose police officer; OFFICER MARTINEZ, BADGE NO. 2836, a San Jose |
| 11 | police officer; OFFICER WEST, BADGE NO. 2943, a San Jose police officer; OFFICER |
| 12 | MOSTO, a San Jose police officer; OFFICER LIBBY, BADGE NO. 3063, a San Jose police |
| 13 | officer; OFFICER WOLOSZEZ, BADGE NO. 3223, a San Jose police officer; OFFICER JOUST, |
| 14 | BADGE NO. 3237, a San Jose police officer; OFFICER KNIGHT, BADGE NO. 3461, a San |
| 15 | Jose police officer; OFFICER TRUDO, BADGE NO. 3451, a San Jose police officer; OFFICER |
| 16 | GERBRANDT, BADGE NO. 3533, a San Jose police officer; OFFICER MORO, BADGE NO. |
| 17 | 3637, a San Jose police officer; OFFICER KWONG, BADGE NO. 3200, a San Jose police |
| 18 | officer; OFFICER YOUNG, BADGE NO. 3725, a San Jose police officer; OFFICER ORUM, |
| 19 | BADGE NO. 3745, a San Jose police officer; OFFICER HIGGINS, BADGE NO. 3887, a San |
| 20 | Jose police officer; OFFICER CARDIN, BADGE NO. 3846, a San Jose police officer; OFFICER |
| 21 | SANCHEZ, BADGE NO. 7929, a San Jose police officer; OFFICER DARIO, a San Jose police |
| 22 | officer; UNKNOWN OFFICER, BADGE NO. 2050, an Hispanic San Jose police officer with |
| 23 | glasses whose name is unknown to plaintiff; UNKNOWN OFFICER, BADGE NO. 2462, an |
| 24 | Hispanic San Jose police officer whose name is unknown to plaintiff; UNKNOWN OFFICER, |
| 25 | BADGE NO. 2629, an African American San Jose police officer whose name is unknown to plaintiff; |
| 26 | JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City |
| 27 | of San Jose, the identity and number of whom are |
| 28 | [Proposed] Scheduling Order                                                     Page 2 |

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

unknown to plaintiff; DOES 1 through 200, )
                        *Defendants.* )
_____)

The parties to this action, by and through their attorneys of record, Michael Groves for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate and propose the following scheduling order for this matter:

| | |
|---|---|
| Expert Disclosures due: | July 15, 2011 |
| Close of Fact Discovery: | July 29, 2011 |
| Close of Expert Discovery: | August 5, 2011 |
| Last Day for Dispositive Motions: | August 12, 2011 |
| Pretrial Conference: | September 2, 2011 at 11:00 A.M. |
| Jury Selection: | September 9, 2011 at 1:30 P.M. |
| Jury Trial (10 days): | September 12, 2011 |

Dated: 3 April 2010

                                                                                      /s/ Anthony Boskovich

                                                                                      Anthony Boskovich
                                                                                      Attorney for Plaintiff

Dated: 7 April 2010                                                              /s/ Michael Groves

                                                                                      Michael Groves
                                                                                      Attorney for Defendants

//
//
//
//
//
//

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

1  **IT IS SO ORDERED**

4  Dated: 4/14/10



Judge of the United States District Court

28 [Proposed] Scheduling Order                                                                                   Page 4