RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Phone: (408) 535-1900
FAX:   (408) 998-3131
Email: CAO.Main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER CHRISTOPHER CRUZADO, OFFICER THOM RODGERS, SERGEANT AL FERLA, OFFICER TOM TIPHAYACHAN, OFFICER MIKE NASCIMIENTO, OFFICER MICHAEL TRUDEAU, wrongfully sued herein as Officer Trudo, and OFFICER DARIO ESTRABAO, wrongfully sued herein as Officer Dario

Anthony Boskovich, Esq. (#121198)
BOSKOVICH & APPLETON
28 No. First Street, 6th Floor
San Jose, California 95113-1210
Phone: (408) 286-5150
FAX:   (408) 286-5170
Email: policemisconduct@compuserve.com

Attorney for Plaintiff,
GERARDO MONTOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MONTOYA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SAN JOSE, ROBERT DAVIS, OFFICER CHRISTOPHER CRUZADO, OFFICER THOM RODGERS, SERGEANT AL FERLA, OFFICER TOM TIPHAYACHAN, OFFICER MIKE NASCIMIENTO, OFFICER MICHAEL TRUDEAU, wrongfully sued herein as Officer Trudo, and OFFICER DARIO ESTRABAO, wrongfully sued herein as Officer Dario, et al.,<br><br>　　　　Defendants. | CASE NO.: C08-00820 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND RELATED DATES**<br><br>Trial Date:　September 12, 2011<br>Judge:　　　Hon. Jeremy Fogel<br>Courtroom:　3 |

1

The parties to this action, by and through their attorneys of record, Steve Dippell for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

This case is currently set for trial on September 12, 2011.  However, the attorney with primary responsibility for the case at the Office of the City Attorney, Michael Groves, has recently retired, and this case has been reassigned to Steve Dippell.

The parties herewith jointly request a continuance of the trial and related dates, to give the defendants' new counsel time to become familiar with the case, and the parties thereafter an opportunity to attempt to agree upon measures that will at least narrow the scope of the case.

The current trial and pretrial dates are as follows:

| | |
|---|---|
| Expert Disclosures due: | July 15, 2011 |
| Close of Fact Discovery: | July 29, 2011 |
| Close of Expert Discovery: | August 5, 2011 |
| Last Day for Dispositive Motions: | August 12, 2011 |
| Pre-Trial Conference: | September 2, 2011 at 11:00 am |
| Jury Selection: | September 9, 2011 at 1:30 pm |
| Jury Trial: | September 12, 2011 |

The parties seek the following new schedule:

| | |
|---|---|
| Expert Disclosures due: | July 13, 2012 |
| Close of Fact Discovery: | July 27, 2012 |
| Close of Expert Discovery: | August 2, 1012 |
| Last Day for Dispositive Motions to be heard: | August 9, 2012 |
| Pre-Trial Conference: | August 31, 2012 |
| Jury Selection: | September 7, 2012 |
| Jury Trial: | September 10, 2012 |

//
//
//

2

| | | |
|---|---|---|
| 1 | Dated: June 21, 2011 | BOSKOVICH & APPLETON |

          /s/ Anthony Boskovich
    ANTHONY BOSKOVICH
    Attorney at Law

Attorney for Plaintiff,
GERARDO MONTOYA

Dated: June 21, 2011        RICHARD DOYLE, City Attorney

By:   /s/ Steven B. Dippell
    STEVEN B. DIPPELL
    Sr. Deputy City Attorney

Attorney for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER CHRISTOPHER CRUZADO, OFFICER THOM RODGERS, SERGEANT AL FERLA, OFFICER TOM TIPHAYACHAN, OFFICER MIKE NASCIMIENTO, OFFICER MICHAEL TRUDEAU, and OFFICER DARIO ESTRABAO

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steve Dippell and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: June 21, 2011        By:   /s/ Steven B. Dippell
    STEVEN B. DIPPELL

**IT IS SO ORDERED.**

Dated: 6/23/11

HON. JEREMY FOGEL
United States District Court Judge

3