UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO MONTOYA, | Case No.: C 08-820 PSG |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF SAN JOSE, et al, | |
| Defendants. | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than September 10, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, September 24, 2013 at 10:00 a.m. to show cause why the case should not be dismissed.

Dated: August 6, 2013

_PAUL S. GREWAL_
PAUL S. GREWAL
United States Magistrate Judge

ORDER